No. 37—2433. Call v. Phelps. Upon full consideration of the evidence in this case, the court is of opinion that it supports the decree rendered from which this appeal was taken. Affirmed. Opinion PER CURIAM. Judge below, HENRY M. SHEPARD. Attorneys, for appellant, Messrs. SMITH & BURGETT; for appellee, Messrs. COMSTOCK & HESS. Opinion filed Dec. 8, 1886.

/ No. 59—2455. Capital City Mut. Fire Ins. Co. v. Detwiler. This was a suit brought by appellee to recover an amount claimed to be due to him from appellant, under the terms of a written contract by which appellee was appointed the general agent of appellant in and for the territory embraced in a number of States, and the conditions and remuneration of his services were fixed. Appellant terminated the contract and appellee, claiming such termination was without justification, brought this action to recover damages for the breach. The case was submitted to the court without a jury, and no propositions of law were submitted to the court. The evidence is voluminous and on several points conflicting, and the accounts investigated more or less complicated. The court has examined the record with care, and finds that the conclusions of the court, both as to the right of the appellee to a judgment and as to the amount of the finding in his favor, are supported by the evidence. Affirmed. Opinion PER CURIAM. Judge below, ELLIOTT ANTHONY. Attorneys, for appellant, Messrs. CAMPBELL, HAMILTON & CUSTER; for appellee, Mr. L. A. McDONALD, Messrs. WILBER & ELDRIDGE and Mr. C. B. WOOD. Opinion filed Dec. 8, 1886.